(No. 6416 )

CHARLES H. NORTHRUP, Claimant, *vs.* STATE OF ILLINOIS, DEPARTMENT OF INSURANCE, Respondent.

*Opinion filed July 14, 1972.*

1

CHARLES H. NORTHRUP, Claimant, pro se.

WILLIAM J. SCOTT, Attorney General; WILLIAM E. WEBBER, Assistant Attorney General, for Respondent.

PERLIN, C.J.